IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JULIE RENEE' ZAPOR, | ) |
| Plaintiff, | ) ) ) |
| v. | )  CASE NO. 3:22-CV-80-RAH |
| FREDERICK C. FLANDRY, et al., | ) ) ) |
| Defendant. | ) ) ) |

**ORDER**

On January 18, 2023, the Magistrate Judge recommended this case be dismissed. (Doc. 12.) The Magistrate Judge also ordered that, on or before February 1, 2023, the parties may file Objections to the Recommendation. (*Id*. at 6.) On January 26, 2023, Plaintiff Julie Renee´ Zapor filed a Notice which the Court construes as including Objections to the Recommendation. (Doc. 13.)

Upon an independent review of the record, it is

ORDERED as follows:

1. The Objections are OVERRULED;

2. The Recommendation (Doc. 12) is ADOPTED; and

3. This case is DISMISSED without prejudice.

DONE, on this the 3rd day of February 2023.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE